# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

08-3550-CMM

UNITED STATES OF AMERICA ) CASE NUMBER: CR 7F-2008-08610
        Plaintiff )
          )
     -vs- ) REPORT COMMENCING CRIMINAL
          ) ACTION
Welby R. Peña-Espinosa )
        Defendant 81619-004

**********************************************************************

TO: CLERK'S OFFICE (MIAMI) FT. LAUDERDALE W. PALM BEACH
    U.S. DISTRICT COURT (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

**********************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 10/25/2008 _____ a.m./p.m.

(2) LANGUAGE(S) SPOKEN: English / Spanish

(3) OFFENSE(S) CHARGED: 18 USC 1542 Passport Fraud, 18 USC 1028A Aggravated ID Theft, 18 USC 1001 false statements

(4) UNITED STATES CITIZEN: (X)YES ( )NO ( )UNKNOWN

(5) DATE OF BIRTH: 12/17/1972

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [ ] INDICTMENT    [X] COMPLAINT    CASE # 7F 2008 08610
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND: $_____ WHO SET BOND? _____

(7) REMARKS _____

(8) DATE: _____ (9) ARRESTING OFFICER _____

(10) AGENCY _____ (11) PHONE # _____

(12) COMMENTS _____